**Law Office of Kathryn S. Shea**
108 Trowbridge Street, Third Floor
Cambridge, MA 02138
617-851-4350
kate@kateshealaw.com

November 2, 2021

**BY EMAIL WITH DELIVERY RECEIPT
AND U.S. MAIL**

Peter T. Ashton, President
Barbara Hensley, Treasurer
Mammoet USA North Inc.
1999 Harrison St. Suite 18-28
Oakland, CA 94612
pashton@mammoet.com

c/o CT Corporation System
155 Federal St. Suite 700
Boston, MA 02110

Re:   Unpaid benefit contributions to IUOE Local 4 Benefit Funds

Dear Mr. Ashton and Ms. Hensley:

This office has been retained by the International Union of Operating Engineers Local 4 Benefit Funds to recover unpaid benefit contributions, elective deferrals, working dues, interest, and all legal fees and costs of collection. We are advised that Mammoet USA North Inc. owes $18,641.49 in benefit contributions, Annuity Fund shortages, and interest. The Benefit Funds Office has made numerous attempts to contact you regarding this delinquency. The company is in violation of its commitments under its collective bargaining agreement with Local 4.

This letter constitutes a demand for immediate payment of $18,641.49. Failure to make immediate payment will result in litigation against the company. Under the Employees Retirement Income Security Act of 1974, the company will be liable for liquidated damages and lost earnings in addition to interest at the rate of 1% per month and all legal fees and costs of collection through the date of final payment, including all amounts that fall due during the pendency of the litigation.

Please send the payment directly to the Local 4 Benefit Funds Office. Please advise me when payment has been made in full. Until I receive word that all reports and payments have been submitted, my instructions are to proceed to file suit in federal district court.

Thank you.

Very truly yours,

Kathryn S. Shea

cc: Gregory A. Geiman, Esq., Administrator
     Donald Christy, Auditing and Collections Manager

Delivered: IUOE Local 4 Benefit Funds - Unpaid Benefit Contributions

postmaster@heavylifting.onmicrosoft.com <postmaster@heavylifting.onmicrosoft.com>

Tue 11/2/2021 1:00 PM

To: info@mammoet.com <info@mammoet.com>

**Your message has been delivered to the following recipients:**

info@mammoet.com (info@mammoet.com)

Subject: IUOE Local 4 Benefit Funds - Unpaid Benefit Contributions